```
EMMA CHRISTINE EVERETT           CAPITAL ONE                      LABCORP
20 PETER MAY DR                  PO BOX 31293                     PO BOX 2240
WAYNESBORO, MS 39367             SALT LAKE CITY, UT 84131         BURLINGTON, NC 27216-22


THOMAS C. ROLLINS, JR.           CAPITAL ONE AUTO                 NELNET
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY                 PO BOX 82561
P.O. BOX 13767                   7933 PRESTON RD                  LINCOLN, NE 68501
JACKSON, MS 39236                PLANO, TX 75024


1ST PROGRESSIVE                  COURTNEY & CAMP                  NO NAME ON CR LIABILITY
P.O. BOX 9053                    PO BOX 529
JOHNSON CITY, TN 37615           JACKSON, MS 39205


ANDERSON HOSPITAL                CRAFT AUTO                       PROGRESSIVE LEASING
P.O. BOX 1630                    1908 W PINE ST                   256 W DATA DR
MERIDIAN, MS 39302               HATTIESBURG, MS 39401            DRAPER, UT 84020


ANDERSON REGIONAL MEDI           CSPIRE WIRELESS                  REGIONS
2124 14TH ST                     PO BOX 159                       1900 FIFTH AVE
MERIDIAN, MS 39301               MEADVILLE, MS 39653              BIRMINGHAM, AL 35203


ARC MANAGEMENT GROUP             EXETER FINANCE                   SOUTH CENTRAL CLINICS
1940 LODGE RD NW                 PO BOX 166008                    P.O. BOX 1649
STE 200                          IRVING, TX 75016                 LAUREL, MS 39441
KENNESAW, GA 30144


ARTHUR EVERETT JR                FIRST HERITAGE                   SUNBELT FEDERAL CU
713 MITCHELL ST                  ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
WAYNESBORO, MS 39367             PO BOX 1947                      6885 US HWY 49
                                 GREENVILLE, SC 29602             HATTIESBURG, MS 39402


BANCORP SOUTH                    FIRST PREMIER BANK               TOWER LOAN
PO BOX 3370                      3820 N LOUISE AVE                ATTN: BANKRUPTCY
TUPELO, MS 38803                 SIOUX FALLS, SD 57107            PO BOX 320001
                                                                  FLOWOOD, MS 39232


CAPITAL ONE                      JOHN RAWLS                       WAYNE GENERAL HOSPITAL
ATTN: BANKRUPTCY                 123 ALTAIRE RD                   950 MATTHEW DRIVE
PO BOX 30285                     WAYNESBORO, MS 39367             WAYNESBORO, MS 39367
SALT LAKE CITY, UT 84130
```

```
WFC
ATTN: BANKRUPTCY
PO BOX 6429
GREENVILLE, SC 29607
```