United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50650-KMS |
| Emma Christine Everett | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emma Christine Everett, 20 Peter May Dr, Waynesboro, MS 39367-9475 |
| 5506634 | + | 1st Progressive, P.O. Box 9053, Johnson City, TN 37615-9053 |
| 5506635 | + | Anderson Hospital, P.O. Box 1630, Meridian, MS 39302-1630 |
| 5506636 | + | Anderson Regional Medi, 2124 14th St, Meridian, MS 39301-4040 |
| 5506638 | + | Arthur Everett Jr, 713 Mitchell St, Waynesboro, MS 39367-3021 |
| 5506645 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5506643 | + | Courtney & Camp, PO Box 529, Jackson, MS 39205-0529 |
| 5506644 | + | Craft Auto, 1908 W Pine St, Hattiesburg, MS 39401-7560 |
| 5506649 | | John Rawls, 123 Altaire Rd, Waynesboro, MS 39367 |
| 5506655 | + | South Central Clinics, P.O. Box 1649, Laurel, MS 39441-1649 |
| 5506656 | | Sunbelt Federal CU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Aug 20 2025 23:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Aug 20 2025 23:30:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 20 2025 23:30:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5506637 | + | Email/Text: lnelson@arcmgmt.com | Aug 20 2025 19:32:00 | ARC Management Group, 1940 Lodge Rd NW, Ste 200, Kennesaw, GA 30144-7577 |
| 5526812 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2025 19:38:46 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5506639 | + | Email/Text: bankruptcy@cadencebank.com | Aug 20 2025 19:32:00 | Bancorp South, PO Box 3370, Tupelo, MS 38803-3370 |
| 5506640 | + | EDI: CAPITALONE.COM | Aug 20 2025 23:30:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5506641 | + | EDI: CAPITALONE.COM | Aug 20 2025 23:30:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5506642 | + | EDI: CAPONEAUTO.COM | Aug 20 2025 23:30:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5508546 | + | EDI: AISACG.COM | Aug 20 2025 23:30:00 | Capital One Auto Finance,, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506646 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 20 2025 19:38:42 | Exeter Finance, PO Box 166008, Irving, TX 75016-6008 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5508547 | + | EDI: AISACG.COM | Aug 20 2025 23:30:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506647 | + | Email/Text: bankruptcy@curo.com | Aug 20 2025 19:32:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5506648 | + | EDI: AMINFOFP.COM | Aug 20 2025 23:30:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5506650 | | Email/Text: govtaudits@labcorp.com | Aug 20 2025 19:32:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5506651 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 20 2025 19:32:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5506653 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 20 2025 19:32:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5506654 | + | Email/Text: newbk@Regions.com | Aug 20 2025 19:32:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 5506657 | | Email/Text: bankruptcy@towerloan.com | Aug 20 2025 19:32:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5506658 | | Email/Text: twilliams@waynegeneralhospital.org | Aug 20 2025 19:32:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |
| 5506659 | + | Email/Text: bk@worldacceptance.com | Aug 20 2025 19:32:42 | Wfc, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5506652 | | no name on CR Liability |
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: 318 | Total Noticed: 32 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Emma Christine Everett trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

25-50650-KMS Dkt 23 Filed 08/22/25 Entered 08/22/25 23:34:51 Page 3 of 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Emma Christine Everett** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–5262** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:    **25–50650–KMS** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Emma Christine Everett**
aka Emma Everett

Dated: 8/20/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**